# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROBERT DEDAJ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0319

_____

November 14, 2025

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.